| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Bohm, Jeffrey E. | 2. Court or Organization U.S. Bankruptcy Court | 3. Date of Report 05/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge - Active Status | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address 6202 Bob Casey Fed Courthouse 515 Rusk Street Houston, Texas 77002 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust Account # 1 |
| 2. | Adjunct Professor of Law | College of Law, University of Houston Law Center |
| 3. | Adjunct Professor of Law | South Texas College of Law |
| 4. | Personal Representative | Estate #1 |
| 5. | Trustee | Trust Account #2 |
| 6. | Trustee | Trust Account #3 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | College of Law, University of Houston Law Center. I taught Advanced Bankruptcy in the Spring 2012 semester. I received $1,200 for teaching this course. |
| 2. | 2012 | South Texas College of Law. I taught Business Bankruptcy & Reorg in the Spring 2012 semester. I received $3,300 for teaching this course. |
| 3. | 2013 | In October 2012 I was granted permission to teach these same two courses in the Spring of 2013, but did not teach |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 05/17/12 | College of Law, UH Law Foundation - Compensation Adjunct Professor | $1,200.00 |
| 2. | 01 - 05/12 | South Texas College of Law - Compensation Adjunct Professor | $3,300.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Employees Retirement System of Texas - Retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Center for American and International Law | February 22-24, 2012 | New Orleans, LA | Non-FJC educational seminar or program | meals, transportation, airfare, and lodging |
| 2. | National Association of Consumer Bankruptcy Attorneys | April 26-28, 2012 | San Antonio, TX | Non-FJC educational seminar or program | meals, transportation and lodging |
| 3. | Turnaround Management Association | May 3-4, 2012 | San Antonio, TX | Non-FJC educational seminar or program | meals, transportation and lodging |
| 4. | Bankruptcy Bar Association Southern District of Florida | May 10-13, 2012 | Marco Island, FL | Non-FJC educational seminar or program | meals, transportation, airfare, and lodging |
| 5. | University of Texas School of Law | August 8-10, 2012 | Galveston, TX | Non-FJC educational seminar or program | meals, transportation and lodging |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Bankruptcy Bar Foundation of the Southern District of FL, Inc. | October 21-25, 2012 | Miami, FL | Non-FJC educational seminar or program | meals, transportation, airfare, and lodging |
| 7. | Commercial Law League of America | November 8-10, 2012 | New York, NY | Non-FJC educational seminar or program | meals, transportation, airfare, and lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Southwest Airlines VISA | Credit Card | K |
| 2. Northwestern Whole Life Insurance Policy (see part VIII) | Whole Life Insurance Policy Loan | L |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  University Federal Credit Union accounts | A | Interest | K | T | | | | | |
| 2.  Texas Health Credit Union accounts | A | Interest | J | T | | | | | |
| 3.  Comerica Bank account | A | Interest | J | T | | | | | |
| 4.  Wells Fargo Bank, N.A. accounts | A | Interest | J | T | | | | | |
| 5.  Bank of America, N.A. account | | None | J | T | | | | | |
| 6.  JP Morgan Chase Bank, N.A. accounts | A | Interest | L | T | | | | | |
| 7.  Velocity Credit Union accounts | A | Interest | J | T | | | | | |
| 8.  Duke Energy Corp. common (DRIP Shares) | A | Dividend | J | T | | | | | |
| 9.  Glaxosmithkline PLC com (DRIP Shares) | A | Dividend | J | T | | | | | |
| 10.  Imation Corp. common | | None | J | T | | | | | |
| 11.  Whole Foods Mkt Inc. common | A | Dividend | K | T | | | | | |
| 12.  T Rowe Price Growth Stock Fund | A | Dividend | M | T | | | | | |
| 13.  Dreyfus Liquid Assets Class 1 | | None | J | T | | | | | |
| 14.  Dell, Inc. common | A | Dividend | J | T | | | | | |
| 15.  IRA # 1 (UFCU-JB) (H) | | | | | | | | | |
| 16.  - University Federal Credit Union | A | Interest | J | T | | | | | |
| 17.  IRA # 2 (UFCU-MEP) (H) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - University Federal Credit Union | A | Interest | J | T | | | | | |
| 19. IRA # 3 (3382) (H) | | | | | | | | | |
| 20. - New England Securities Daily Income Money Mkt Retail Cl | A | Interest | J | T | | | | | |
| 21. - PIMCO Commodity Real Return Strategy Fund Cl D | A | Dividend | J | T | | | | | |
| 22. - Templeton Global Bond Fund Class A | A | Dividend | J | T | | | | | |
| 23. - John Hancock High Yield Class A | A | Dividend | | | Sold | 05/14/12 | J | | |
| 24. - Davis New York Venture Class A | A | Dividend | J | T | Buy (add'l) | 05/14/12 | J | | |
| 25. - American Funds: The Growth Fund of America Class F-1 | A | Dividend | J | T | | | | | |
| 26. - Eagle Sm Cap Grwth Fd Cl A | | None | J | T | | | | | |
| 27. - Perkins Mid Cap Value Fd Class T | A | Dividend | J | T | | | | | |
| 28. - Alger Midcap Growth Fund Class A | | None | J | T | | | | | |
| 29. - American Funds: Europacific Growth Fd Class F-1 | A | Dividend | J | T | Sold (part) | 05/14/12 | J | | |
| 30. - T Rowe Price Emerging Markets Stock (Fd) | A | Dividend | J | T | | | | | |
| 31. - Alpine Intl Real Estate Eq Fd Cl Y | A | Dividend | J | T | Buy (add'l) | 05/14/12 | J | | |
| 32. - Gabelli Ent Mgr & Acq Fd Cl A | | None | J | T | | | | | |
| 33. - Hussman Strategic Growth Fund | A | Dividend | J | T | Buy (add'l) | 05/14/12 | J | | |
| 34. - Columbia Sel Smlr-CapVal Fd Cl A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Mainstay ICAP Equity Fund Cl A | A | Dividend | J | T | Buy (add'l) | 05/14/12 | J | | |
| 36. - Invesco Intl Growth Fund Cl A | A | Dividend | J | T | Sold (part) | 05/14/12 | J | | |
| 37. - Fidelity Advisor New Insights Fd Cl I | A | Dividend | J | T | Buy | 05/14/12 | J | | |
| 38. - Ivy High Income Fd Cl A | A | Dividend | J | T | Buy | 05/14/12 | J | | |
| 39. IRA # 6 (JB-AM) (021) (see part VIII) (H) | | | | | | | | | |
| 40. - Ameriprise Insured Money Market | | None | J | T | | | | | |
| 41. - AIM Invesco Global Core Eq Cl A fka Inv Global Core Eq-B | A | Dividend | J | T | | | | | |
| 42. - AIM Invesco Real Estate Cl A fka Invesco Real Estate - B | A | Dividend | J | T | | | | | |
| 43. - Oppenheimer Funds:OPP Small &M/Cap Value - A | A | Dividend | J | T | | | | | |
| 44. - AIM Invesco Val Opps Cl A fka Invesco VK Val Opps - B | A | Dividend | J | T | | | | | |
| 45. - MFS Family of Funds:MFS Utilities - B | A | Dividend | J | T | | | | | |
| 46. IRA # 7 (MEP-AM) (004) (H) | | | | | | | | | |
| 47. - RVS Retirement Advisor Advantg 4 Var Ann | | None | K | T | | | | | |
| 48. 457 Deferred Compensation Plan at State of Texas | A | Dividend | K | T | | | | | |
| 49. 401K at State of Texas | B | Dividend | N | T | | | | | |
| 50. RiverSource Variable Univ Life Insurance Policy | | None | J | T | | | | | |
| 51. Northwestern Whole Life Insurance Policy | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schulle, LLC (see part VIII) | E | Rent | N | W | | | | | |
| 53. Trust Acct # 1 - Trustee (H) | | | | | | | | | |
| 54. - New England Securities Daily Income Money Mkt Retail Cl | A | Dividend | K | T | | | | | |
| 55. - Invesco Intl Grwth Fd Cl A | A | Dividend | J | T | | | | | |
| 56. - Cohen & Steers Global Realty Fd Cl A | A | Dividend | J | T | | | | | |
| 57. - Columbia Mid Cap Value Fund Cl A | A | Dividend | J | T | | | | | |
| 58. - Davis New York Venture Cl A | A | Dividend | J | T | | | | | |
| 59. - Wells Fargo Advantage ST Muni Bd Fd Cl A | A | Int./Div. | K | T | | | | | |
| 60. - American Funds: The Growth Fund of America Cl F-1 | A | Dividend | J | T | | | | | |
| 61. - John Hancock High Yield Cl A | A | Dividend | J | T | | | | | |
| 62. - Templeton Global Bond Fund Cl A | A | Dividend | J | T | | | | | |
| 63. - American Funds: Europacific Growth Fd Cl F-1 | A | Dividend | J | T | | | | | |
| 64. - PIMCO Commodity Real Return Strategy Fund A | A | Dividend | J | T | | | | | |
| 65. - Mainstay ICAP Equity Fund Cl A | A | Dividend | J | T | | | | | |
| 66. - Capital World Bond Fund Cl F-1 | A | Dividend | J | T | | | | | |
| 67. - Prudential High Yld Fd Inc Cl A | A | Dividend | J | T | | | | | |
| 68. - Fidelity Advisor New Insights Fd Cl A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Meridian Growth Fund | A | Dividend | J | T | | | | | |
| 70. - Nuveen High Yield Municipal Bond Fd Cl A | A | Int./Div. | J | T | | | | | |
| 71. - Vanguard Inflation Protected Securities Fund | A | Dividend | K | T | | | | | |
| 72. - ING Global Real Estate Fd Cl A | A | Dividend | J | T | | | | | |
| 73. Whirlpool Corp. common | A | Dividend | J | T | | | | | |
| 74. IRA # 8 (MEP-FM-Rth-DM) (731) (H) | | | | | | | | | |
| 75. - Fidelity Large Cap Stock Fund | A | Dividend | K | T | | | | | |
| 76. - Fidelity Select Biotechnology Fund | A | Dividend | J | T | | | | | |
| 77. - Fidelity US Gov't Reserves | A | Dividend | J | T | | | | | |
| 78. IRA # 9 (MEP-FM-DM) (723) (H) | | | | | | | | | |
| 79. - Fidelity Cash Reserves | | None | J | T | | | | | |
| 80. Pfizer Inc common | A | Dividend | J | T | | | | | |
| 81. USAA Certificate of Deposit | A | Interest | J | T | | | | | |
| 82. IRA #11 (770) (H) (see part VIII) | | | | | | | | | |
| 83. - New England Securities:Metlife Bank Money Market Account | A | Interest | L | T | | | | | |
| 84. IRA # 12 (1763) (H) | | | | | | | | | |
| 85. - New England Securities Metlife Bank Premier Money Market | A | Interest | | | Closed | 04/27/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐   NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Invesco Mid Cap Core Eq Fd Cl A | B | Dividend | K | T | Buy (add'l) | 04/23/12 | J | | |
| 87. - Invesco Developing Mkts Fd Cl A | A | Dividend | K | T | Buy (add'l) | 04/23/12 | J | | |
| 88. - Invesco Intl Growth Fd Cl A | A | Dividend | K | T | Sold (part) | 04/23/12 | L | C | |
| 89. - Blackrock Equity Dividend Fund Cl A | B | Dividend | M | T | Buy (add'l) | 04/23/12 | K | | |
| 90. - Prudential High Yld Fd Inc Cl A | B | Dividend | K | T | Buy (add'l) | 04/23/12 | J | | |
| 91. - Gabelli Enterprise Mergers & Acq Fund Cl A | | None | K | T | Buy (add'l) | 04/23/12 | J | | |
| 92. - Fidelity Advisor New Insights Fund Cl I | A | Dividend | M | T | Buy (add'l) | 04/23/12 | K | | |
| 93. - Franklin/Templeton Hard Currency Fund Cl A | A | Dividend | J | T | Sold (part) | 04/23/12 | J | | |
| 94. - Hussman Strategic Growth Fund | A | Dividend | K | T | Buy (add'l) | 04/23/12 | J | | |
| 95. - ING Global Real Estate Fund Cl A | A | Dividend | K | T | Sold (part) | 04/23/12 | J | A | |
| 96. - Perkins Mid Cap Value Fund Cl A | A | Dividend | K | T | Buy (add'l) | 04/23/12 | J | | |
| 97. - PIMCO Commodity Real Return Strategy Fund Cl D | A | Dividend | J | T | Buy (add'l) | 04/23/12 | J | | |
| 98. - PIMCO Total Return Fund Cl D | B | Dividend | K | T | Buy (add'l) | 04/23/12 | J | | |
| 99. - Templeton Global Bond Fund Cl A | B | Dividend | K | T | Sold (part) | 04/23/12 | J | A | |
| 100. - Thornburg International Value Fund Cl A | A | Dividend | K | T | Sold (part) | 04/23/12 | K | B | |
| 101. - Invesco Sm Cap Val Fd Cl A fka Inv VK Sm Cp Val Fd Cl A | B | Dividend | J | T | Buy (add'l) | 04/23/12 | J | | |
| 102. - Invesco Sm Cp Grwth Fd Cl A fka Inv VK Sm Cp Grth Fd ClA | B | Dividend | J | T | Buy (add'l) | 04/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Doubleline Total Return Bd Fd Cl I | B | Dividend | K | T | Buy (add'l) | 04/23/12 | J | | |
| 104. - MFS Emerging Markets Debt Fd Cl A | B | Dividend | K | T | Sold (part) | 04/23/12 | J | | |
| 105. - Dreyfus Insured Deposits Premier | A | Interest | J | T | Open | 04/30/12 | J | | |
| 106. Inland American Real Estate Trust | A | Dividend | J | T | | | | | |
| 107. Powell Mineral Trust - (see part VIII) | A | Royalty | J | W | | | | | |
| 108. IRA #13 (JB - CB) (H) | | | | | | | | | |
| 109. - Community Natl Bank account | | None | J | T | | | | | |
| 110. - CNL Lifestype Prop Inc: Chambers St Prop (REIT) fka CBRE | B | Dividend | K | T | | | | | |
| 111. Trust Acct # 2 - Trustee (see part VIII) (H) | | | | | | | | | |
| 112. - USAA Growth Fund | A | Dividend | J | T | | | | | |
| 113. - USAA Precious Metals & Minerals Fund | A | Dividend | K | T | | | | | |
| 114. - Trust #2 Brokerage Acct #1(MSSB 2060) (H)(X)(see part VIII) | | | | | | | | | |
| 115. - - MSSB Cash Deposits (X) | | None | J | T | | | | | |
| 116. - - AT&T Inc. common (X) | | None | J | T | | | | | |
| 117. - - Campbell Soup Co common (X) | | None | J | T | | | | | |
| 118. - - MVRAR/ETG/STRMTLS ETF (X) | A | Dividend | J | T | | | | | |
| 119. - - Oneok Inc New common (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - - Pfizer Inc common (X) | | None | J | T | | | | | |
| 121. - - American High Income Trust F1 (X) | A | Dividend | J | T | | | | | |
| 122. - - Artisan Midcap Value Inv (X) | | None | J | T | | | | | |
| 123. - - Baron Growth Retail (X) | | None | J | T | | | | | |
| 124. - - Blackrock Inflat Prot Bond A (X) | | None | J | T | | | | | |
| 125. - - Cambiar Small Cap Inv (X) | | None | J | T | | | | | |
| 126. - - Harding Loevner Intl Eq Inv (X) | | None | J | T | | | | | |
| 127. - - Invesco Premier Inst (X) | A | Dividend | J | T | | | | | |
| 128. - - Ivy Mid Cap Growth A (X) | | None | J | T | | | | | |
| 129. - - Lazard Emerging Markets I (X) | | None | J | T | | | | | |
| 130. - - Harris Assoc Inv Tr: Oakmark Fund Cl I (X) | | None | J | T | | | | | |
| 131. - - PIMCO Emerging Mkts Bond A (X) | A | Dividend | J | T | | | | | |
| 132. - - PIMCO Foreign Bd (Unhedged) A (X) | A | Dividend | J | T | | | | | |
| 133. - - PIMCO Short-Term A (X) | A | Dividend | J | T | | | | | |
| 134. - - PIMCO Total Return D (X) | A | Dividend | K | T | | | | | |
| 135. - - Prudential Jennison Growth Z (X) | | None | J | T | | | | | |
| 136. Trust Acct #3 - Trustee & Beneficiary (see part VIII) (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Tr #3 Bkg Acct #1 (MSSB 2060 fka 014) (H)(see part VIII) | | | | | | | | | |
| 138. - - Citibank, NA Bank Deposit Program | A | Interest | | | Distributed | 12/31/12 | J | | |
| 139. - -Western Asset Money Market Fd Cl A | A | Dividend | | | Distributed | 12/31/12 | J | | |
| 140. - - American High Income Trust Cl F1 | A | Dividend | | | Buy (add'l) | 06/08/12 | J | | |
| 141. | | | | | Buy (add'l) | 08/24/12 | J | | |
| 142. | | | | | Sold (part) | 11/09/12 | J | | |
| 143. | | | | | Sold (part) | 11/09/12 | J | | |
| 144. | | | | | Sold (part) | 11/09/12 | J | | |
| 145. | | | | | Sold (part) | 11/09/12 | J | | |
| 146. | | | | | Sold (part) | 11/09/12 | J | | |
| 147. | | | | | Sold (part) | 11/09/12 | J | | |
| 148. | | | | | Sold (part) | 11/09/12 | J | | |
| 149. | | | | | Sold (part) | 11/09/12 | J | | |
| 150. | | | | | Sold (part) | 11/09/12 | J | | |
| 151. | | | | | Sold (part) | 11/09/12 | J | | |
| 152. | | | | | Sold (part) | 11/09/12 | J | | |
| 153. | | | | | Distributed | 12/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - - AT&T Inc. common | A | Dividend | | | Distributed | 12/27/12 | J | | |
| 155.  - - Baron Growth Fund | A | Dividend | | | Sold (part) | 06/08/12 | J | A | |
| 156. | | | | | Sold (part) | 06/08/12 | J | A | |
| 157. | | | | | Sold (part) | 06/08/12 | J | A | |
| 158. | | | | | Sold (part) | 06/08/12 | J | A | |
| 159. | | | | | Sold (part) | 06/08/12 | J | A | |
| 160. | | | | | Sold (part) | 06/08/12 | J | A | |
| 161. | | | | | Sold (part) | 06/08/12 | J | A | |
| 162. | | | | | Sold (part) | 08/24/12 | J | A | |
| 163. | | | | | Sold (part) | 11/09/12 | J | | |
| 164. | | | | | Distributed | 12/28/12 | J | | |
| 165.  - - Campbell Soup Co common | A | Dividend | | | Distributed | 12/27/12 | J | | |
| 166.  - - Cambiar Small Cap Fund | | None | | | Sold (part) | 06/08/12 | J | A | |
| 167. | | | | | Sold (part) | 08/24/12 | J | A | |
| 168. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 169. | | | | | Distributed | 12/28/12 | J | | |
| 170.  - - Harding Loevner Intl Eq Inv Cl | A | Dividend | | | Buy (add'l) | 06/08/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 08/24/12 | J | | |
| 172. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 173. | | | | | Distributed | 12/28/12 | J | | |
| 174.  - - Lazard Emerging Mkts Eq Portfolio Institutional Shs | A | Dividend | | | Sold (part) | 06/08/12 | J | | |
| 175. | | | | | Sold (part) | 08/24/12 | J | | |
| 176. | | | | | Sold (part) | 11/09/12 | J | | |
| 177. | | | | | Distributed | 12/28/12 | J | | |
| 178.  - - MVRAR/ETG/STRMTLS ETF fka Mkt Vctr Rare Erth Str Mtls | | None | | | Distributed | 12/27/12 | J | | |
| 179.  - - Harris Assoc Inv Tr: Oakmark Fund | A | Dividend | | | Sold (part) | 06/08/12 | J | A | |
| 180. | | | | | Sold (part) | 08/24/12 | J | A | |
| 181. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 182. | | | | | Distributed | 12/28/12 | J | | |
| 183.  - - Oneok Inc New common | A | Dividend | | | Distributed | 12/27/12 | J | | |
| 184.  - - Pfizer Inc common | A | Dividend | | | Distributed | 12/27/12 | J | | |
| 185.  - - PIMCO Foreign Bd (Unhedged) Fd Cl A | A | Dividend | | | Sold (part) | 06/08/12 | J | A | |
| 186. | | | | | Sold (part) | 08/24/12 | J | A | |
| 187. | | | | | Sold (part) | 08/24/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 11/09/12 | J | A | |
| 189. | | | | | Distributed | 12/28/12 | J | | |
| 190.  - - PIMCO Total Return Fd Cl D | B | Dividend | | | Sold (part) | 06/08/12 | J | A | |
| 191. | | | | | Sold (part) | 08/24/12 | J | A | |
| 192. | | | | | Sold (part) | 08/24/12 | J | A | |
| 193. | | | | | Sold (part) | 08/24/12 | J | A | |
| 194. | | | | | Sold (part) | 08/24/12 | J | A | |
| 195. | | | | | Sold (part) | 08/24/12 | J | A | |
| 196. | | | | | Sold (part) | 08/24/12 | J | A | |
| 197. | | | | | Sold (part) | 08/24/12 | J | | |
| 198. | | | | | Sold (part) | 08/24/12 | J | A | |
| 199. | | | | | Sold (part) | 08/24/12 | J | A | |
| 200. | | | | | Sold (part) | 08/24/12 | J | A | |
| 201. | | | | | Sold (part) | 08/24/12 | J | A | |
| 202. | | | | | Sold (part) | 08/24/12 | J | A | |
| 203. | | | | | Sold (part) | 08/24/12 | J | A | |
| 204. | | | | | Sold (part) | 08/24/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 08/24/12 | J | A | |
| 206. | | | | | Sold (part) | 08/24/12 | J | A | |
| 207. | | | | | Sold (part) | 08/24/12 | J | A | |
| 208. | | | | | Sold (part) | 08/24/12 | J | A | |
| 209. | | | | | Sold (part) | 08/24/12 | J | A | |
| 210. | | | | | Sold (part) | 08/24/12 | J | A | |
| 211. | | | | | Sold (part) | 08/24/12 | J | A | |
| 212. | | | | | Sold (part) | 08/24/12 | J | A | |
| 213. | | | | | Sold (part) | 08/24/12 | J | A | |
| 214. | | | | | Sold (part) | 11/09/12 | J | A | |
| 215. | | | | | Sold (part) | 11/09/12 | J | A | |
| 216. | | | | | Sold (part) | 11/09/12 | J | A | |
| 217. | | | | | Sold (part) | 11/09/12 | J | A | |
| 218. | | | | | Sold (part) | 11/09/12 | J | A | |
| 219. | | | | | Sold (part) | 11/09/12 | J | A | |
| 220. | | | | | Sold (part) | 11/09/12 | J | A | |
| 221. | | | | | Sold (part) | 11/09/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold (part) | 11/09/12 | J | A | |
| 223. | | | | | Sold (part) | 11/09/12 | J | A | |
| 224. | | | | | Sold (part) | 11/09/12 | J | A | |
| 225. | | | | | Sold (part) | 11/09/12 | J | A | |
| 226. | | | | | Sold (part) | 11/09/12 | J | A | |
| 227. | | | | | Sold (part) | 11/09/12 | J | A | |
| 228. | | | | | Sold (part) | 11/09/12 | J | A | |
| 229. | | | | | Sold (part) | 11/09/12 | J | A | |
| 230. | | | | | Sold (part) | 11/09/12 | J | A | |
| 231. | | | | | Sold (part) | 11/09/12 | J | A | |
| 232. | | | | | Sold (part) | 11/09/12 | J | A | |
| 233. | | | | | Distributed | 12/28/12 | K | | |
| 234. - - Prudential Jennison Growth Fd Cl Z | | None | | | Sold (part) | 06/08/12 | J | A | |
| 235. | | | | | Buy (add'l) | 08/24/12 | J | | |
| 236. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 237. | | | | | Distributed | 12/28/12 | K | | |
| 238. - - Rare Element Resources Ltd - CAD | | None | | | Sold | 11/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - - Sysco Corp common | A | Dividend | | | Sold (part) | 11/20/12 | J | | |
| 240. | | | | | Sold | 11/20/12 | J | | |
| 241. - - PIMCO Emerging Mkts Bond A | A | Dividend | | | Buy | 06/08/12 | J | | |
| 242. | | | | | Buy (add'l) | 08/24/12 | J | | |
| 243. | | | | | Sold (part) | 11/09/12 | J | A | |
| 244. | | | | | Distributed | 12/28/12 | J | | |
| 245. - - Legg Mason WA MMKT A | A | Dividend | | | Buy | 06/08/12 | J | | |
| 246. | | | | | Sold (part) | 06/15/12 | J | | |
| 247. | | | | | Sold | 06/19/12 | J | | |
| 248. - - Artisan Midcap Value Inv | A | Dividend | | | Buy | 06/08/12 | J | | |
| 249. | | | | | Distributed | 12/28/12 | J | | |
| 250. - - Ivy Mid Cap Growth A | | None | | | Buy | 06/08/12 | J | | |
| 251. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 252. | | | | | Distributed | 12/28/12 | J | | |
| 253. - - Invesco Premier PTF Instl | A | Dividend | | | Buy | 06/19/12 | J | | |
| 254. | | | | | Buy (add'l) | 08/24/12 | J | | |
| 255. | | | | | Buy (add'l) | 11/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Distributed | 12/28/12 | J | | |
| 257. - - PIMCO Short-Term A | A | Dividend | | | Buy | 08/24/12 | J | | |
| 258. | | | | | Sold (part) | 11/09/12 | J | A | |
| 259. | | | | | Distributed | 12/28/12 | J | | |
| 260. - - Blackrock Inflat Prot Bond A | A | Dividend | | | Buy | 08/24/12 | J | | |
| 261. | | | | | Sold (part) | 11/09/12 | J | | |
| 262. | | | | | Distributed | 12/28/12 | J | | |
| 263. - Trust #3 Brokerage Acct #2 (NES 158) (H) (see part VIII) | | | | | | | | | |
| 264. - - New Eng Sec:Daily Income Money Market Retail Class | A | Interest | | | Distributed (part) | 11/09/12 | K | | |
| 265. | | | | | Distributed | 11/20/12 | J | | |
| 266. - - Capital World Bond Fund Cl B | A | Dividend | | | Sold (part) | 11/06/12 | J | | |
| 267. | | | | | Sold (part) | 11/06/12 | J | | |
| 268. | | | | | Sold (part) | 11/06/12 | J | | |
| 269. | | | | | Sold (part) | 11/06/12 | J | | |
| 270. | | | | | Sold (part) | 11/06/12 | J | A | |
| 271. | | | | | Sold (part) | 11/06/12 | J | A | |
| 272. | | | | | Sold (part) | 11/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 11/06/12 | J | | |
| 274. | | | | | Sold (part) | 11/06/12 | J | | |
| 275. | | | | | Sold (part) | 11/06/12 | J | | |
| 276. | | | | | Sold (part) | 11/06/12 | J | A | |
| 277. | | | | | Sold (part) | 11/06/12 | J | A | |
| 278. | | | | | Sold (part) | 11/06/12 | J | | |
| 279. | | | | | Sold (part) | 11/06/12 | J | A | |
| 280. | | | | | Sold (part) | 11/06/12 | J | A | |
| 281. | | | | | Sold (part) | 11/06/12 | J | A | |
| 282. | | | | | Sold (part) | 11/06/12 | J | A | |
| 283. | | | | | Sold (part) | 11/06/12 | J | | |
| 284. | | | | | Sold (part) | 11/06/12 | J | | |
| 285. | | | | | Sold (part) | 11/06/12 | J | | |
| 286. | | | | | Sold (part) | 11/06/12 | J | | |
| 287. | | | | | Sold | 11/06/12 | J | A | |
| 288. - - Davis New York Venture Cl B | None | | | | Sold (part) | 11/06/12 | J | A | |
| 289. | | | | | Sold (part) | 11/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 11/06/12 | J | | |
| 291. | | | | | Sold (part) | 11/06/12 | J | | |
| 292. | | | | | Sold | 11/06/12 | J | | |
| 293. - - Dreyfus AMT-Free Muni Bond Fd Cl A | A | Dividend | | | Sold (part) | 11/06/12 | J | A | |
| 294. | | | | | Sold (part) | 11/06/12 | J | A | |
| 295. | | | | | Sold (part) | 11/06/12 | J | | |
| 296. | | | | | Sold (part) | 11/06/12 | J | | |
| 297. | | | | | Sold (part) | 11/06/12 | J | A | |
| 298. | | | | | Sold (part) | 11/06/12 | J | | |
| 299. | | | | | Sold (part) | 11/06/12 | J | | |
| 300. | | | | | Sold (part) | 11/06/12 | J | | |
| 301. | | | | | Sold (part) | 11/06/12 | J | | |
| 302. | | | | | Sold (part) | 11/06/12 | J | | |
| 303. | | | | | Sold (part) | 11/06/12 | J | | |
| 304. | | | | | Sold (part) | 11/06/12 | J | | |
| 305. | | | | | Sold (part) | 11/06/12 | J | A | |
| 306. | | | | | Sold (part) | 11/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 11/06/12 | J | A | |
| 308. | | | | | Sold (part) | 11/06/12 | J | A | |
| 309. | | | | | Sold (part) | 11/06/12 | J | A | |
| 310. | | | | | Sold (part) | 11/06/12 | J | A | |
| 311. | | | | | Sold (part) | 11/06/12 | J | A | |
| 312. | | | | | Sold (part) | 11/06/12 | J | A | |
| 313. | | | | | Sold (part) | 11/06/12 | J | A | |
| 314. | | | | | Sold (part) | 11/06/12 | J | A | |
| 315. | | | | | Sold (part) | 11/06/12 | J | A | |
| 316. | | | | | Sold (part) | 11/06/12 | J | A | |
| 317. | | | | | Sold (part) | 11/06/12 | J | A | |
| 318. | | | | | Sold (part) | 11/06/12 | J | A | |
| 319. | | | | | Sold (part) | 11/06/12 | J | A | |
| 320. | | | | | Sold (part) | 11/06/12 | J | A | |
| 321. | | | | | Sold (part) | 11/06/12 | J | A | |
| 322. | | | | | Sold (part) | 11/06/12 | J | A | |
| 323. | | | | | Sold (part) | 11/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 11/06/12 | J | A | |
| 325. | | | | | Sold (part) | 11/06/12 | J | A | |
| 326. | | | | | Sold (part) | 11/06/12 | J | A | |
| 327. | | | | | Sold (part) | 11/06/12 | J | A | |
| 328. | | | | | Sold (part) | 11/06/12 | J | A | |
| 329. | | | | | Sold (part) | 11/06/12 | J | A | |
| 330. | | | | | Sold (part) | 11/06/12 | J | A | |
| 331. | | | | | Sold (part) | 11/06/12 | J | A | |
| 332. | | | | | Sold (part) | 11/06/12 | J | A | |
| 333. | | | | | Sold (part) | 11/06/12 | J | A | |
| 334. | | | | | Sold (part) | 11/06/12 | J | A | |
| 335. | | | | | Sold (part) | 11/06/12 | J | A | |
| 336. | | | | | Sold (part) | 11/06/12 | J | A | |
| 337. | | | | | Sold (part) | 11/06/12 | J | A | |
| 338. | | | | | Sold (part) | 11/06/12 | J | A | |
| 339. | | | | | Sold (part) | 11/06/12 | J | A | |
| 340. | | | | | Sold (part) | 11/06/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 11/06/12 | J | A | |
| 342. | | | | | Sold (part) | 11/06/12 | J | A | |
| 343. | | | | | Sold (part) | 11/06/12 | J | A | |
| 344. | | | | | Sold (part) | 11/06/12 | J | A | |
| 345. | | | | | Sold (part) | 11/06/12 | J | A | |
| 346. | | | | | Sold (part) | 11/06/12 | J | A | |
| 347. | | | | | Sold (part) | 11/06/12 | J | A | |
| 348. | | | | | Sold (part) | 11/06/12 | J | A | |
| 349. | | | | | Sold (part) | 11/06/12 | J | A | |
| 350. | | | | | Sold (part) | 11/06/12 | J | A | |
| 351. | | | | | Sold (part) | 11/06/12 | J | A | |
| 352. | | | | | Sold (part) | 11/06/12 | J | A | |
| 353. | | | | | Sold (part) | 11/06/12 | J | A | |
| 354. | | | | | Sold (part) | 11/06/12 | J | A | |
| 355. | | | | | Sold (part) | 11/06/12 | J | A | |
| 356. | | | | | Sold (part) | 11/06/12 | J | A | |
| 357. | | | | | Sold (part) | 11/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 11/06/12 | J | A | |
| 359. | | | | | Sold (part) | 11/06/12 | J | A | |
| 360. | | | | | Sold (part) | 11/06/12 | J | A | |
| 361. | | | | | Sold (part) | 11/06/12 | J | A | |
| 362. | | | | | Sold | 11/06/12 | J | A | |
| 363. - - American Funds:Europacific Growth Fd Cl B | None | | | | Sold (part) | 11/06/12 | J | A | |
| 364. | | | | | Sold (part) | 11/06/12 | J | | |
| 365. | | | | | Sold (part) | 11/06/12 | J | | |
| 366. | | | | | Sold (part) | 11/06/12 | J | | |
| 367. | | | | | Sold (part) | 11/06/12 | J | | |
| 368. | | | | | Sold (part) | 11/06/12 | J | | |
| 369. | | | | | Sold (part) | 11/06/12 | J | | |
| 370. | | | | | Sold (part) | 11/06/12 | J | | |
| 371. | | | | | Sold | 11/06/12 | J | | |
| 372. - - Franklin Templeton Hard Curr Fd Cl A | None | | | | Sold (part) | 11/06/12 | J | A | |
| 373. | | | | | Sold (part) | 11/06/12 | J | | |
| 374. | | | | | Sold (part) | 11/06/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 11/06/12 | J | | |
| 376. | | | | | Sold (part) | 11/06/12 | J | | |
| 377. | | | | | Sold | 11/06/12 | J | | |
| 378. - - American Funds:The Growth Fund of America Cl B | None | | | | Sold (part) | 11/06/12 | J | A | |
| 379. | | | | | Sold (part) | 11/06/12 | J | A | |
| 380. | | | | | Sold (part) | 11/06/12 | J | A | |
| 381. | | | | | Sold (part) | 11/06/12 | J | A | |
| 382. | | | | | Sold (part) | 11/06/12 | J | | |
| 383. | | | | | Sold | 11/06/12 | J | | |
| 384. - - Invesco Mid Cap Growth Fd Cl B fka Cap Developmnt Fd | None | | | | Sold (part) | 11/06/12 | J | | |
| 385. | | | | | Sold (part) | 11/06/12 | J | | |
| 386. | | | | | Sold | 11/06/12 | J | | |
| 387. - - John Hancock High Yld Cl B | A | Dividend | | | Sold (part) | 11/06/12 | J | A | |
| 388. | | | | | Sold (part) | 11/06/12 | J | | |
| 389. | | | | | Sold (part) | 11/06/12 | J | | |
| 390. | | | | | Sold (part) | 11/06/12 | J | | |
| 391. | | | | | Sold (part) | 11/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 11/06/12 | J | | |
| 393. | | | | | Sold (part) | 11/06/12 | J | | |
| 394. | | | | | Sold (part) | 11/06/12 | J | | |
| 395. | | | | | Sold (part) | 11/06/12 | J | | |
| 396. | | | | | Sold (part) | 11/06/12 | J | | |
| 397. | | | | | Sold (part) | 11/06/12 | J | | |
| 398. | | | | | Sold (part) | 11/06/12 | J | | |
| 399. | | | | | Sold (part) | 11/06/12 | J | | |
| 400. | | | | | Sold (part) | 11/06/12 | J | | |
| 401. | | | | | Sold (part) | 11/06/12 | J | | |
| 402. | | | | | Sold (part) | 11/06/12 | J | | |
| 403. | | | | | Sold (part) | 11/06/12 | J | | |
| 404. | | | | | Sold (part) | 11/06/12 | J | | |
| 405. | | | | | Sold (part) | 11/06/12 | J | | |
| 406. | | | | | Sold (part) | 11/06/12 | J | | |
| 407. | | | | | Sold (part) | 11/06/12 | J | | |
| 408. | | | | | Sold (part) | 11/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 11/06/12 | J | | |
| 410. | | | | | Sold (part) | 11/06/12 | J | | |
| 411. | | | | | Sold (part) | 11/06/12 | J | | |
| 412. | | | | | Sold (part) | 11/06/12 | J | | |
| 413. | | | | | Sold (part) | 11/06/12 | J | | |
| 414. | | | | | Sold (part) | 11/06/12 | J | | |
| 415. | | | | | Sold (part) | 11/06/12 | J | | |
| 416. | | | | | Sold (part) | 11/06/12 | J | | |
| 417. | | | | | Sold (part) | 11/06/12 | J | | |
| 418. | | | | | Sold (part) | 11/06/12 | J | | |
| 419. | | | | | Sold (part) | 11/06/12 | J | | |
| 420. | | | | | Sold (part) | 11/06/12 | J | | |
| 421. | | | | | Sold (part) | 11/06/12 | J | | |
| 422. | | | | | Sold (part) | 11/06/12 | J | | |
| 423. | | | | | Sold (part) | 11/06/12 | J | | |
| 424. | | | | | Sold (part) | 11/06/12 | J | | |
| 425. | | | | | Sold (part) | 11/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 85

**Name of Person Reporting**

Bohm, Jeffrey E.

**Date of Report**

05/15/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 11/06/12 | J | | |
| 427. | | | | | Sold (part) | 11/06/12 | J | | |
| 428. | | | | | Sold (part) | 11/06/12 | J | | |
| 429. | | | | | Sold (part) | 11/06/12 | J | | |
| 430. | | | | | Sold (part) | 11/06/12 | J | | |
| 431. | | | | | Sold (part) | 11/06/12 | J | | |
| 432. | | | | | Sold (part) | 11/06/12 | J | | |
| 433. | | | | | Sold (part) | 11/06/12 | J | | |
| 434. | | | | | Sold (part) | 11/06/12 | J | | |
| 435. | | | | | Sold (part) | 11/06/12 | J | | |
| 436. | | | | | Sold (part) | 11/06/12 | J | | |
| 437. | | | | | Sold (part) | 11/06/12 | J | | |
| 438. | | | | | Sold (part) | 11/06/12 | J | | |
| 439. | | | | | Sold (part) | 11/06/12 | J | | |
| 440. | | | | | Sold (part) | 11/06/12 | J | | |
| 441. | | | | | Sold (part) | 11/06/12 | J | | |
| 442. | | | | | Sold (part) | 11/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 85

Name of Person Reporting

Bohm, Jeffrey E.

Date of Report

05/15/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 11/06/12 | J | | |
| 444. | | | | | Sold (part) | 11/06/12 | J | | |
| 445. | | | | | Sold (part) | 11/06/12 | J | | |
| 446. | | | | | Sold (part) | 11/06/12 | J | | |
| 447. | | | | | Sold (part) | 11/06/12 | J | | |
| 448. | | | | | Sold (part) | 11/06/12 | J | | |
| 449. | | | | | Sold (part) | 11/06/12 | J | | |
| 450. | | | | | Sold (part) | 11/06/12 | J | A | |
| 451. | | | | | Sold (part) | 11/06/12 | J | A | |
| 452. | | | | | Sold | 11/06/12 | J | | |
| 453. - - MFS Emerging Mkts Debt Fd Cl B | A | Dividend | | | Sold (part) | 11/06/12 | J | | |
| 454. | | | | | Sold (part) | 11/06/12 | J | | |
| 455. | | | | | Sold (part) | 11/06/12 | J | | |
| 456. | | | | | Sold (part) | 11/06/12 | J | | |
| 457. | | | | | Sold (part) | 11/06/12 | J | | |
| 458. | | | | | Sold (part) | 11/06/12 | J | | |
| 459. | | | | | Sold (part) | 11/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 11/06/12 | J | | |
| 461. | | | | | Sold (part) | 11/06/12 | J | | |
| 462. | | | | | Sold (part) | 11/06/12 | J | | |
| 463. | | | | | Sold (part) | 11/06/12 | J | | |
| 464. | | | | | Sold (part) | 11/06/12 | J | | |
| 465. | | | | | Sold (part) | 11/06/12 | J | | |
| 466. | | | | | Sold (part) | 11/06/12 | J | | |
| 467. | | | | | Sold (part) | 11/06/12 | J | A | |
| 468. | | | | | Sold (part) | 11/06/12 | J | A | |
| 469. | | | | | Sold (part) | 11/06/12 | J | A | |
| 470. | | | | | Sold (part) | 11/06/12 | J | A | |
| 471. | | | | | Sold (part) | 11/06/12 | J | A | |
| 472. | | | | | Sold (part) | 11/06/12 | J | A | |
| 473. | | | | | Sold (part) | 11/06/12 | J | A | |
| 474. | | | | | Sold (part) | 11/06/12 | J | A | |
| 475. | | | | | Sold (part) | 11/06/12 | J | A | |
| 476. | | | | | Sold (part) | 11/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 11/06/12 | J | A | |
| 478. | | | | | Sold (part) | 11/06/12 | J | A | |
| 479. | | | | | Sold (part) | 11/06/12 | J | A | |
| 480. | | | | | Sold (part) | 11/06/12 | J | A | |
| 481. | | | | | Sold (part) | 11/06/12 | J | A | |
| 482. | | | | | Sold (part) | 11/06/12 | J | A | |
| 483. | | | | | Sold (part) | 11/06/12 | J | A | |
| 484. | | | | | Sold (part) | 11/06/12 | J | A | |
| 485. | | | | | Sold (part) | 11/06/12 | J | A | |
| 486. | | | | | Sold (part) | 11/06/12 | J | A | |
| 487. | | | | | Sold (part) | 11/06/12 | J | A | |
| 488. | | | | | Sold (part) | 11/06/12 | J | A | |
| 489. | | | | | Sold (part) | 11/06/12 | J | A | |
| 490. | | | | | Sold (part) | 11/06/12 | J | | |
| 491. | | | | | Sold (part) | 11/06/12 | J | A | |
| 492. | | | | | Sold (part) | 11/06/12 | J | A | |
| 493. | | | | | Sold (part) | 11/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 11/06/12 | J | | |
| 495. | | | | | Sold (part) | 11/06/12 | J | | |
| 496. | | | | | Sold (part) | 11/06/12 | J | | |
| 497. | | | | | Sold (part) | 11/06/12 | J | A | |
| 498. | | | | | Sold (part) | 11/06/12 | J | | |
| 499. | | | | | Sold (part) | 11/06/12 | J | A | |
| 500. | | | | | Sold (part) | 11/06/12 | J | A | |
| 501. | | | | | Sold (part) | 11/06/12 | J | | |
| 502. | | | | | Sold (part) | 11/06/12 | J | A | |
| 503. | | | | | Sold (part) | 11/06/12 | J | A | |
| 504. | | | | | Sold (part) | 11/06/12 | J | A | |
| 505. | | | | | Sold (part) | 11/06/12 | J | A | |
| 506. | | | | | Sold (part) | 11/06/12 | J | A | |
| 507. | | | | | Sold (part) | 11/06/12 | J | | |
| 508. | | | | | Sold (part) | 11/06/12 | J | | |
| 509. | | | | | Sold (part) | 11/06/12 | J | A | |
| 510. | | | | | Sold (part) | 11/06/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold | 11/06/12 | J | | |
| 512. - - Putnam Small Cap Value Cl B | | None | | | Sold (part) | 11/06/12 | J | | |
| 513. | | | | | Sold (part) | 11/06/12 | J | | |
| 514. | | | | | Sold (part) | 11/06/12 | J | | |
| 515. | | | | | Sold (part) | 11/06/12 | J | | |
| 516. | | | | | Sold | 11/06/12 | J | | |
| 517. - - Small Cap World Fd Cl B | | None | | | Sold (part) | 11/06/12 | J | | |
| 518. | | | | | Sold (part) | 11/06/12 | J | | |
| 519. | | | | | Sold (part) | 11/06/12 | J | | |
| 520. | | | | | Sold | 11/06/12 | J | | |
| 521. - - Templeton Global Bd Fd Cl A | A | Dividend | | | Sold (part) | 11/06/12 | J | | |
| 522. | | | | | Sold (part) | 11/06/12 | J | | |
| 523. | | | | | Sold (part) | 11/06/12 | J | | |
| 524. | | | | | Sold (part) | 11/06/12 | J | A | |
| 525. | | | | | Sold (part) | 11/06/12 | J | A | |
| 526. | | | | | Sold (part) | 11/06/12 | J | | |
| 527. | | | | | Sold (part) | 11/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 85

Name of Person Reporting

Bohm, Jeffrey E.

Date of Report

05/15/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold (part) | 11/06/12 | J | | |
| 529. | | | | | Sold (part) | 11/06/12 | J | | |
| 530. | | | | | Sold (part) | 11/06/12 | J | A | |
| 531. | | | | | Sold (part) | 11/06/12 | J | A | |
| 532. | | | | | Sold (part) | 11/06/12 | J | | |
| 533. | | | | | Sold (part) | 11/06/12 | J | | |
| 534. | | | | | Sold (part) | 11/06/12 | J | | |
| 535. | | | | | Sold (part) | 11/06/12 | J | | |
| 536. | | | | | Sold (part) | 11/06/12 | J | | |
| 537. | | | | | Sold (part) | 11/06/12 | J | | |
| 538. | | | | | Sold (part) | 11/06/12 | J | | |
| 539. | | | | | Sold (part) | 11/06/12 | J | | |
| 540. | | | | | Sold (part) | 11/06/12 | J | | |
| 541. | | | | | Sold (part) | 11/06/12 | J | | |
| 542. | | | | | Sold (part) | 11/06/12 | J | | |
| 543. | | | | | Sold (part) | 11/06/12 | J | | |
| 544. | | | | | Sold (part) | 11/06/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold (part) | 11/06/12 | J | | |
| 546. | | | | | Sold (part) | 11/06/12 | J | | |
| 547. | | | | | Sold (part) | 11/06/12 | J | | |
| 548. | | | | | Sold (part) | 11/06/12 | J | | |
| 549. | | | | | Sold (part) | 11/06/12 | J | | |
| 550. | | | | | Sold (part) | 11/06/12 | J | | |
| 551. | | | | | Sold (part) | 11/06/12 | J | | |
| 552. | | | | | Sold (part) | 11/06/12 | J | | |
| 553. | | | | | Sold (part) | 11/06/12 | J | | |
| 554. | | | | | Sold (part) | 11/06/12 | J | | |
| 555. | | | | | Sold (part) | 11/06/12 | J | | |
| 556. | | | | | Sold (part) | 11/06/12 | J | | |
| 557. | | | | | Sold (part) | 11/06/12 | J | | |
| 558. | | | | | Sold (part) | 11/06/12 | J | | |
| 559. | | | | | Sold (part) | 11/06/12 | J | | |
| 560. | | | | | Sold (part) | 11/06/12 | J | | |
| 561. | | | | | Sold (part) | 11/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 11/06/12 | J | | |
| 563. | | | | | Sold (part) | 11/06/12 | J | | |
| 564. | | | | | Sold (part) | 11/06/12 | J | | |
| 565. | | | | | Sold (part) | 11/06/12 | J | | |
| 566. | | | | | Sold (part) | 11/06/12 | J | | |
| 567. | | | | | Sold (part) | 11/06/12 | J | | |
| 568. | | | | | Sold (part) | 11/06/12 | J | | |
| 569. | | | | | Sold (part) | 11/06/12 | J | | |
| 570. | | | | | Sold (part) | 11/06/12 | J | | |
| 571. | | | | | Sold (part) | 11/06/12 | J | | |
| 572. | | | | | Sold (part) | 11/06/12 | J | | |
| 573. | | | | | Sold (part) | 11/06/12 | J | | |
| 574. | | | | | Sold (part) | 11/06/12 | J | | |
| 575. | | | | | Sold (part) | 11/06/12 | J | | |
| 576. | | | | | Sold (part) | 11/06/12 | J | | |
| 577. | | | | | Sold (part) | 11/06/12 | J | | |
| 578. | | | | | Sold (part) | 11/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold (part) | 11/06/12 | J | | |
| 580. | | | | | Sold (part) | 11/06/12 | J | | |
| 581. | | | | | Sold (part) | 11/06/12 | J | | |
| 582. | | | | | Sold (part) | 11/06/12 | J | | |
| 583. | | | | | Sold (part) | 11/06/12 | J | | |
| 584. | | | | | Sold (part) | 11/06/12 | J | | |
| 585. | | | | | Sold (part) | 11/06/12 | J | | |
| 586. | | | | | Sold (part) | 11/06/12 | J | | |
| 587. | | | | | Sold (part) | 11/06/12 | J | | |
| 588. | | | | | Sold | 11/06/12 | J | | |
| 589. - - Van Eck Global Hrd Asts Fd Cl A | None | | | | Sold (part) | 11/06/12 | J | A | |
| 590. | | | | | Sold (part) | 11/06/12 | J | | |
| 591. | | | | | Sold (part) | 11/06/12 | J | | |
| 592. | | | | | Sold | 11/06/12 | J | | |
| 593. - Trust #3 Brokerage Acct #5 (VRB - 576) (see part VIII)(H) | | | | | | | | | |
| 594. - - JPMorgan TR II Liquid Assets MMkt Fd Morgan Sh Cl | None | | | | Distributed | 10/22/12 | L | | |
| 595. - - Blackrock Cap Apprec Fd Inc Cl A | None | | | | Sold | 10/17/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - - Delaware Pooled Tr:REIT Instl Cl | A | Dividend | | | Sold (part) | 10/17/12 | J | A | |
| 597. | | | | | Sold (part) | 10/17/12 | J | | |
| 598. | | | | | Sold (part) | 10/17/12 | J | A | |
| 599. | | | | | Sold (part) | 10/17/12 | J | A | |
| 600. | | | | | Sold (part) | 10/17/12 | J | A | |
| 601. | | | | | Sold (part) | 10/17/12 | J | A | |
| 602. | | | | | Sold (part) | 10/17/12 | J | A | |
| 603. | | | | | Sold (part) | 10/17/12 | J | A | |
| 604. | | | | | Sold (part) | 10/17/12 | J | A | |
| 605. | | | | | Sold (part) | 10/17/12 | J | A | |
| 606. | | | | | Sold (part) | 10/17/12 | J | A | |
| 607. | | | | | Sold (part) | 10/17/12 | J | A | |
| 608. | | | | | Sold (part) | 10/17/12 | J | A | |
| 609. | | | | | Sold (part) | 10/17/12 | J | A | |
| 610. | | | | | Sold (part) | 10/17/12 | J | A | |
| 611. | | | | | Sold (part) | 10/17/12 | J | A | |
| 612. | | | | | Sold (part) | 10/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Sold (part) | 10/17/12 | J | A | |
| 614. | | | | | Sold | 10/17/12 | J | A | |
| 615. - - Dodge & Cox Intl Stk Fd | | None | | | Sold (part) | 10/17/12 | J | A | |
| 616. | | | | | Sold (part) | 10/17/12 | J | | |
| 617. | | | | | Sold (part) | 10/17/12 | J | | |
| 618. | | | | | Sold (part) | 10/17/12 | J | | |
| 619. | | | | | Sold (part) | 10/17/12 | J | | |
| 620. | | | | | Sold (part) | 10/17/12 | J | | |
| 621. | | | | | Sold (part) | 10/17/12 | J | | |
| 622. | | | | | Sold (part) | 10/17/12 | J | | |
| 623. | | | | | Sold (part) | 10/17/12 | J | | |
| 624. | | | | | Sold (part) | 10/17/12 | J | | |
| 625. | | | | | Sold (part) | 10/17/12 | J | | |
| 626. | | | | | Sold | 10/17/12 | J | | |
| 627. - - Ford Mtr Co Del Com | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 628. | | | | | Sold (part) | 10/17/12 | J | | |
| 629. | | | | | Sold (part) | 10/17/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 630. | | | | | Sold | 10/17/12 | J | | |
| 631. - - Harbor Intl Fd Institutional | | None | | | Sold (part) | 10/17/12 | J | A | |
| 632. | | | | | Sold (part) | 10/17/12 | J | | |
| 633. | | | | | Sold (part) | 10/17/12 | J | | |
| 634. | | | | | Sold (part) | 10/17/12 | J | | |
| 635. | | | | | Sold (part) | 10/17/12 | J | | |
| 636. | | | | | Sold (part) | 10/17/12 | J | | |
| 637. | | | | | Sold (part) | 10/17/12 | J | | |
| 638. | | | | | Sold (part) | 10/17/12 | J | | |
| 639. | | | | | Sold (part) | 10/17/12 | J | | |
| 640. | | | | | Sold | 10/17/12 | J | | |
| 641. - - Ishares TR Russell 2000 Growth Index Fd | A | Dividend | | | Sold (part) | 10/17/12 | J | | |
| 642. | | | | | Sold (part) | 10/17/12 | J | | |
| 643. | | | | | Sold (part) | 10/17/12 | J | | |
| 644. | | | | | Sold (part) | 10/17/12 | J | | |
| 645. | | | | | Sold (part) | 10/17/12 | J | | |
| 646. | | | | | Sold (part) | 10/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |